UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF BACHNER,<br><br>                             Plaintiff,<br><br>- against -<br><br>DAILY VOICE LLC<br><br>                             Defendant. | Docket No. 1:18-cv-02400-LAP |

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel James H. Freeman and exhibits attached thereto, the declaration of Plaintiff Jeff Bachner and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Daily Voice LLC ("Defendant");

2. Defendant is to pay $2,500.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. the Court retain jurisdiction over any matter pertaining to this judgment;

6.     this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: *May 6, 2021*     **SO ORDERED.**

*Loretta A. Preska*
Loretta A. Preska (U.S.D.J.)